UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| JAMES H. WARK, | DOCKET NO. 4:21-cv-00075 |
| vs. | JURY TRIAL DEMANDED |
| CHEVRON CORPORATION and NOBLE ENERGY, INC. | |

## AGREED RULE 41 DISMISSAL WITHOUT PREJUDICE

Plaintiff James H. Wark dismisses his claims against Chevron Corporation without prejudice pursuant to Rule 41(a)(1)(A)(i). A proposed order is attached in the event the Court wishes to enter one, but pursuant to Rule 41, the dismissal of the claims against Chevron Corporation is effective upon the filing of this notice. *Id.*

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
Michael A. Josephson
State Bar No. 24014780
Andrew W. Dunlap
State Bar No. 24078444
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 12th day of November 2021.

/s/ *Andrew W. Dunlap*
Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Counsel for Chevron Corporation who is agreed as to the dismissal of the claims against Chevron Corporation

/s/ *Andrew W. Dunlap*
Andrew W. Dunlap