IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| JAMES H. WARK, INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED,<br>*Plaintiff*,<br><br>v.<br><br>NOBLE ENERGY, INC., *et al.*,<br>*Defendants*. | §<br>§<br>§<br>§   PE:21-CV-00075-DC<br>§<br>§<br>§<br>§<br>§ |

## ORDER APPROVING SETTLEMENT AGREEMENT

BEFORE THE COURT is the Joint Motion for Approval of Settlement Agreement (hereafter, "Motion") filed by Plaintiff James H. Wark and Defendant Noble Energy, Inc. (Doc. 24). The Motion represents that the parties have reached a settlement of the instant Fair Labor Standards Act ("FLSA") suit and requests that the Court approve the settlement agreement. (*See generally id.*).

The Court has reviewed the settlement agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action and demonstrates a good faith intention by the parties to resolve all claims fully and finally. (*See generally* Doc. 25-2).

It is therefore **ORDERED** that the Motion is **GRANTED**, and the FLSA settlement is **APPROVED**, including all terms set forth in the Settlement Agreement. (Docs. 24, 25-2).

It is further **ORDERED** that this case be **DISMISSED WITH PREJUDICE**. Except as otherwise provided by the terms of the settlement agreement, fees and costs are to be borne by the party incurring them. The Court retains jurisdiction to enforce the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 2nd day of September, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE